IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                     **PLAINTIFF**

V.                                  No. 4:25-cv-00216-JM-ERE

**LAFAYETTE WOODS, JR.,** *et al.*                                                                **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

*Pro se* plaintiff Terry Lamar McCoy, an Arkansas Division of Correction ("ADC") inmate, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 1.*

During a March 20, 2025, settlement conference, Mr. McCoy settled this case and two others he had pending in the Eastern District of Arkansas.[1]

---

[1] *McCoy v. Iverson, et al.*, 4:22-cv-01120-LPR (E.D. Ark.) and *McCoy v. Gorman,*

Mr. McCoy has now filed a motion to voluntarily dismiss his complaint, with prejudice, because the parties have completed the agreed obligations of the settlement agreement. *Doc. 9*. For good cause, the motion should be granted.

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1.  Mr. McCoy's motion to voluntarily dismiss his complaint (*Doc. 9*) be GRANTED.

2.  Mr. McCoy's complaint be DISMISSED, with prejudice.

3.  The Clerk be instructed to close this case.

Dated 2 June 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

*et al.*, No. 4:21-cv-00561-KGB-JTK (E.D. Ark.).