IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                             **PLAINTIFF**

V.                                         No. 4:25-cv-00216-JM

**LAFAYETTE WOODS, JR.,** *et al*.                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. Mr. McCoy has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. McCoy's motion to voluntarily dismiss his complaint (*Doc. 9*) is GRANTED. Mr. McCoy's complaint is DISMISSED, with prejudice. Judgment shall be entered accordingly, and this case will be CLOSED.

IT IS SO ORDERED, this 4th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE