**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**TERRY LAMAR MCCOY**                                                                 **PLAINTIFF**

**V.**                                        **No. 4:25-cv-00216-JM**

**LAFAYETTE WOODS, JR.,** *et al*.                                              **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 4th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE